170 A.3d 950

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RODWELL GRIFFITH, DEFENDANT–PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005509–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 950

JOAO ROCHA, PLAINTIFF–PETITIONER, v. STATE OF NEW JERSEY AND NEW JERSEY DEPARTMENT OF TRANSPORTATION, THEIR AGENTS, SERVANTS AND/OR EMPLOYEES, DEFENDANTS–RESPONDENTS, AND WAN–RU WU, DEFENDANT.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000616–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.